1  Michael Cohen - #98066
   Attorney at Law
2  Grove Law Building
   345 Grove Street
3  San Francisco, CA 94102
   415/861-4414
4  Fax: 415/431-4526

5  Attorney for Plaintiff

6

7

8         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  Barbara Johnson,              No. C 07-04044 JL

10      Plaintiff,               CONSENT TO PROCEED BEFORE A UNITED STATES
                                 MAGISTRATE JUDGE
11 vs.

12 Northwest Airlines, and
   DOES 1-100,
13
        Defendants.
14 _____/

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

17 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

18 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

19 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

20 Circuit.

21 DATED: August 12, 2007

22

23

24                                          _____
                                            MICHAEL COHEN
25

26

                                          1

_____
            Consent to Proceed Before a United States Magistrate Judge

PROOF OF SERVICE

   I am employed at 11126½ Delaware, Berkeley, California.  I am over the age of eighteen years and not a party to the within cause.  On August 12, 2007, I served the attached CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the persons listed below by:

Kym Speer
KENNEY & MARKOWITZ
255 California Street, Suite 1300
San Francisco, CA 94111
Fax:415/397-3170
**kspeer@kennmark.com**
**skenney@kennmark.com**

   (XXXX)        **BY MAIL**     I placed a sealed envelope, addressed to the above addressees, with postage thereon fully prepaid for first-class mail, for collection and mailing at Berkeley, California, following ordinary business practices.  The practice of the Law Office of Michael Cohen for processing of correspondence is that, in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

   (      )  **BY PERSONAL SERVICE**        I caused each such attorney/party to be served by hand on the above-named attorneys.

   (      )      **BY FACSIMILE**     I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on August 12, 2007, at Berkeley, California.

_____

2