**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 31, 2007

Alameda County Superior Court
600 Washington Street
Oakland, CA 94607

RE:  CV 07-04044 VRW    BARBARA JOHNSON-v-NORTHWEST AIRLINES INC.
      Your Case Number: (RG 07-334046)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x)    Certified copies of docket entries

(x)    Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gwen Agid
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg